JS-6

RUTAN & TUCKER, LLP
Edson K. McClellan (State Bar No. 199541)
emcclellan@rutan.com
Radhika Sood (State Bar No. 228413)
rsood@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendants
KNOWLEDGE UNIVERSE EDUCATION LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE MOSS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KNOWLEDGE UNIVERSE EDUCATION, LLC; KINDER CARE LEARNING CENTERS, and DOES 1 THROUGH 10, Inclusive,<br><br>　　　　Defendants. | Case No. CV 14-3846-GW(PJWx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[JOINT STIPULATION TO DISMISS ENTIRE ACTION FILED CONCURRENTLY HEREWITH]<br><br>Date Action Removed:  May 19, 2014<br>Trial Date:  March 10, 2015<br><br>(Los Angeles County Superior Court Case No. BC538447) |

Pursuant to the Stipulation to Dismiss Entire Action entered into by Plaintiff Carrie Moss and Defendant Knowledge Universe Education LLC, IT IS ORDERED as follows:

　　1.　　Plaintiff's claims against Defendant Knowledge Universe Education LLC are dismissed with prejudice and the entire action is dismissed with prejudice.

　　2.　　The Court will retain jurisdiction to enforce the terms of the settlement.  If the Court is asked to resolve any dispute regarding the settlement or the Parties' settlement agreement, the Court's decision will be final and non-appealable.

　　3.　　The Court may award reasonable attorneys' fees to the prevailing party in any dispute regarding the settlement or the Parties' settlement agreement.

Rutan & Tucker, LLP
attorneys at law

2647/031613-0001
8393615.1 a05/07/15

-1-

Case No. 2:14-CV-03846-GW-PJW
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1  IT IS SO ORDERED.
2
3
4  Dated: May 6, 2015
   _____
5  GEORGE H. WU, U.S. District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rutan & Tucker, LLP
attorneys at law

2647/031613-0001
8393615.1 a05/07/15

-2-

Case No. 2:14-CV-03846-GW-PJW
[PROPOSED] ORDER DISMISSING ENTIRE
ACTION WITH PREJUDICE